Form ntcdefi (03/2016)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re: Amanda Dahl  Case No.: 16–15063–TWD
Debtor(s).  Chapter: 7

---

## NOTICE OF DEFICIENT FILING

## FOR INDIVIDUAL DEBTORS

**NOTICE IS HEREBY GIVEN TO THE DEBTOR** that the above referenced case, filed on **October 4, 2016**, contains one or more filing deficiencies which must be corrected. **Failure to file the missing document(s) with the court on or before the deadline(s) stated below may result in the dismissal of this case without further notice.**

Additional information, rules and forms may be obtained from the court's website at www.wawb.uscourts.gov.

**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**  **October 11, 2016**

Chapter 7 $335.00 Filing Fee, or
Chapter 7, 12, or 13 $100.00 Initial Installment Payment and Application to Pay in Installments
Application to Have the Chapter 7 Filing Fee Waived


**DEADLINE TO CORRECT THE FOLLOWING DEFICIENCIES:**  **October 19, 2016**

REVISED OFFICIAL FORMS DATED 12/2015 REQUIRED
Summary of Your Assets and Liabilities and Certain Statistical Information – Individual
Schedule A/B: Property
Schedule C: Property You Claim as Exempt
Schedule G: Executory Contracts and Unexpired Leases
Schedule H: Your Codebtors
Schedule I: Your Income
Schedule J: Your Expenses
Declaration About an Individual Debtor's Schedules
Statement of Financial Affairs
Chapter 7 Statement of Your Current Monthly Income and Means Test Calculation

**CREDIT COUNSELING REQUIREMENT:**

This requirement has not been satisfied.
In accordance with Fed.R.Bankr.P.Rule 1007(b), a certificate of completion or a statement of compliance with the credit counseling requirement is due at the time a new case is commenced. 11 U.S.C. § 109(h) states each debtor is required to have completed a credit counseling course within 180 days prior to filing a new case.

DATED: **October 6, 2016**

Mark L. Hatcher
Clerk of the Bankruptcy Court

***Personal checks tendered for payment of filing fees will not be accepted from Debtor(s). The court also does not accept credit or debit cards from Debtor(s). Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court.***